**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Agro Research International, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-3683792** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **29203 State Road 46**<br>**Sorrento, FL 32776** | **29203 Red Hibiscus Court**<br>**Sorrento, FL 32776** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Lake** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **https://www.agroresearchinternational.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Agro Research International, LLC**                                Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    3253

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | Agro Research International, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | Case number, if known | |
| | When | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency

Contact name

Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

| Official Form 201 | **Voluntary Petition for Non-Individuals Filing for Bankruptcy** | page 3 |
|---|---|---|

Debtor    **Agro Research International, LLC**                                    Case number (*if known*) _____
          Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Agro Research International, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 20, 2024**
MM / DD / YYYY

**X /s/ Marc Lajeunesse**
Signature of authorized representative of debtor

**Marc Lajeunesse**
Printed name

Title **Managing Member**

**18. Signature of attorney**

**X /s/ Robert A. Stiberman**
Signature of attorney for debtor

Date **June 20, 2024**
MM / DD / YYYY

**Robert A. Stiberman 0132799**
Printed name

**Stiberman Law, P.A.**
Firm name

**2601 Hollywood Blvd.**
**Hollywood, FL 33020**
Number, Street, City, State & ZIP Code

Contact phone **954-239-7464**      Email address **ras@stibermanlaw.com**

**0132799 FL**
Bar number and State

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In the Matter of:                                                    Case No:
                                                                     Chapter 11

AGRO RESEARCH INTERNATIONAL LLC

      Debtor

_____/

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, *Marc Lajeunesse,* declare, under penalty of perjury, that I am the Manager Member of Agro Research International LLC (the "Corporation"), and that the following is a true and correct copy of the resolutions adopted by the Member(s) of said corporation at a special meeting duly called and held on 11/2/23.

      **"Whereas,** it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

      **Be It Therefore Resolved,** that *Marc Lajeunesse,* Manager Member of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the corporation; And

      **Be It Further Resolved,** that *Marc Lajeunesse,* Manager Member of this corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

      **Be It Further Resolved,** that *Marc Lajeunesse,* Manager Member of this corporation is authorized and directed to employ Joel M. Aresty and Robert Stiberman as co-counsel to represent the corporation in the bankruptcy case.

Signed

X *Marc lajeunesse*
_____
*Marc Lajeunesse*
Managing Member

**Fill in this information to identify the case:**

Debtor name   **Agro Research International, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 20, 2024**        X **/s/ Marc Lajeunesse**
                                        Signature of individual signing on behalf of debtor

                                        **Marc Lajeunesse**
                                        Printed name

                                        **Managing Member**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Agro Research International, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ascendant Commerical Insuran C/O City National Bank of Fl PO Box 527423 Miami, FL 33152 | | | | | | $2,433.22 |
| Brenntag Mid-South Inc 1405 Highway 136 W Henderson, KY 42420-9662 | | Vendor debt | | | | $7,340.11 |
| California Department of Foo 1220 N Street, 4th Floor Sacramento, CA 95814 | | Investigative costs | Contingent Unliquidated Disputed | | | $93,312.13 |
| California Department of Food & Agricult 1220 N Street, 4th Floor Sacramento, CA 95814 | | Accusation: CDFA FILE NO.: FERTAP-21-LC01 | Contingent Unliquidated Disputed | | | $1,982,312.13 |
| Comdata, Inc PO Box 100647 Atlanta, GA 30384-0647 | | Vendor debt | | | | $6,570.99 |
| Downey Brand 621 Capitol Mall, 18th Floor Sacramento, CA 95814 | | Legal fees | | | | $37,268.63 |
| Farmers Supply 1833 Park Lane Burlington, WA 98233-0630 | | Returned inventory | Contingent Unliquidated Disputed | | | $700,000.00 |

| Debtor | **Agro Research International, LLC** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Handelin Law PO Box 4568 Carson City, NV 89702** | | **Legal Fees** | | | | **$29,767.48** |
| **Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346** | | **Payroll Tax** | | | | **$53,340.62** |
| **Kinetic Supply Chain Service PO Box 20825 Fountain Valley, CA 92728** | | | | | | **$2,220.00** |
| **Micro Bio Tech LLC 17 Pete Henndrichs Rd Yerington, NV 89447** | | **Quality contro & RND** | | | | **$120,000.00** |
| **Ramsey Xpress 1203 N. Gertrude Ave. Stockton, CA 95215** | | **Vendor debt** | | | | **$19,644.00** |
| **Reister's Grower Services 14050 Fruit Ridge Ave Kent City, MI 49330** | | **Vendor debt** | | | | **$1,275.00** |
| **SENTINEL BIOLOGICS, INC c/o NEWMEYER & DILLION LLP 2033 N. Main Street, Suite 500 Walnut Creek, CA 94596** | | **Pending cross-conplaint related to civil action In re Romero v. Debtor -Case no. 3:21-cv-00518-JD** | **Contingent Unliquidated Disputed** | | | **$142,529.50** |
| **Smart Work Media 28 Valley Rd.,Ste 1 Montclair, NJ 07042** | | **Vendor debt** | | | | **$1,500.00** |
| **State of Florida Department of Agriculture 407 South Calhoun Street Suite 509 Tallahassee, FL 32399** | | **Fines** | | | | **$5,300.00** |
| **TD Bank, N.A Attn: An Officer 2035 Limestone Rd Wilmington, DE 19808** | | **90 days or less: Accounts Receivables** | | **$120,233.45** | **$46,419.06** | **$73,814.39** |

Debtor  **Agro Research International, LLC**                    Case number *(if known)*
        _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TD Bank, N.A. Attn: An Officer 2035 Limestone Rd Wilmington, DE 19808** | | **Deficiency Truck** | | | | $17,973.33 |
| **TD Bank, N.A. Attn: An Officer 2035 Limestone Rd Wilmington, DE 19808** | | **90 days or less: Accounts Receivables** | | $7,330.12 | $46,419.06 | $7,330.12 |
| **Wilbur-Ellis Company, LLC c/o GORDON REES SCULLY MANSUKHANI, LLP 275 Battery Street, Suite 2000 San Francisco, CA 94111** | | **Pending cross-conplaint related to civil action In re Romero v. Debtor -Case no. 3:21-cv-00518-JD** | **Contingent Unliquidated Disputed** | | | $142,529.50 |

**Fill in this information to identify the case:**

Debtor name   **Agro Research International, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                      12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*...................................................................................... $ 0.00

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.................................................................................... $ 117,645.87

1c. **Total of all property:**
Copy line 92 from *Schedule A/B*....................................................................................... $ 117,645.87

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ 131,437.90

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ 54,500.17

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ 3,360,131.13

4.  Total liabilities .................................................................................................
Lines 2 + 3a + 3b                                                                         $ 3,546,069.20

| Fill in this information to identify the case: |
|---|
| Debtor name  **Agro Research International, LLC** |
| United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **TD Bank, N.A.** <br> **2601 Bay Street, Eustis, FL 32726** | **Business Checking** | **9517** | $0.00 |
| 3.2. | **TD Bank, N.A.** <br> **2601 Bay Street, Eustis, FL 32726** | **Business Cchecking** | **6314** | $177.81 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $177.81 |
   |---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

Debtor   **Agro Research International, LLC**                    Case number *(If known)* _____
Name

| 11a. 90 days old or less: | 46,419.06 | - | 0.00 | = .... | $46,419.06 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 332,716.37 | - | 332,716.37 | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | $46,419.06 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:     Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:     Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Thyme oil extract, molasses, seaweed** | **10/20/2023** | **$0.00** | **Comparable sale** | **$24,500.00** |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** **Finished bottled goods** | **10/20/2023** | **$0.00** | **Recent cost** | **$4,500.00** |
| 22. | **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | | $29,000.00 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**
27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor   **Agro Research International, LLC**                    Case number *(If known)* _____
_____
Name

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.   **Crops-either planted or harvested** | | | |
| 29.   **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30.   **Farm machinery and equipment** *(Other than titled motor vehicles)* **Harvestor, in fair condition Used to harvest hops** | | | |
| **Location: 29203 State Road 46, Sorrento, FL 32776** | **$0.00** | | **$5,000.00** |

31.   **Farm and fishing supplies, chemicals, and feed**

32.   **Other farming and fishing-related property not already listed in Part 6**

33.   **Total of Part 6.**

      Add lines 28 through 32.  Copy the total to line 85.

| | |
|---|---|
| | **$5,000.00** |

34.   **Is the debtor a member of an agricultural cooperative?**
   ■ No
   ☐ Yes.  Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

35.   **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____   Valuation method _____   Current Value _____

36.   **Is a depreciation schedule available for any of the property listed in Part 6?**
   ■ No
   ☐ Yes

37.   **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |

Debtor    **Agro Research International, LLC**                    Case number *(If known)* _____
                     Name

**3 Guys Solar LLC Solar PV System**
**Serial No. SJ4918-07-31E33ABAB-F**

**Panels are affixed to commercial leased space**
**at 29203 State Road 46, Sorrento, FL 32776**

| **Secured by UCC-1 lien held by TD Bank, N.A.** **(see schedule D)** | $0.00 | | $5,000.00 |
|---|---|---|---|

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **1- Primara Label Printer $500** **4 - office desks, conference table and chairs** **$1,000** **Location: 29203 State Road 46, Sorrento, FL 32776** | $0.00 | Comparable sale | $1,500.00 |
|---|---|---|---|---|

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
|---|---|---|---|---|

| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | | | $6,500.00 |
|---|---|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | **2018 Ford F-150 extended cab, Good condition** | $0.00 | Comparable sale | $18,000.00 |
|---|---|---|---|---|

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Debtor    **Agro Research International, LLC**                          Case number *(If known)* _____
          Name

**Mixing tank 3,000 Liters**

Location: 29203 State Road 46, Sorrento, FL
32776                                        $0.00        Comparable sale                $1,500.00

---

**Air compressor**

Location: 29203 State Road 46, Sorrento, FL
32776                                        $0.00        Comparable sale                  $500.00

---

**Caterpillar 4000 lb forklift in fair condition**

Location: 29203 State Road 46, Sorrento, FL
32776                                        $0.00        Comparable sale                $3,000.00

---

**Chemical container in good condition**

Location: 29203 State Road 46, Sorrento, FL
32776                                        $0.00        Comparable sale                $5,000.00

---

**Scissor lift**
**Not in working condition, non-operational**

Location: 29203 State Road 46, Sorrento, FL
32776                                        $0.00                                       $2,000.00

---

51.    **Total of Part 8.**                                                    | $30,000.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor    **Agro Research International, LLC**                    Case number *(If known)* _____
          <span style="font-size:smaller">Name</span>

| 55.1. | **Commercial lease between Debtor and Marc LaJeunesse located at 29203 State Road 46, Sorrento, FL 32776, effectice 10/1/2016 through 9/30/2026. Lease space includes office space, barn, warehouse and land.** **Term: Annual rent fee of $1,539.64 per acre with annual increase.** | Tenant | $0.00 | N/A | Unknown |
|---|---|---|---|---|---|

| 56. | **Total of Part 9.** | | $0.00 |
|---|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** **Debtor does not hold any patents, copyrights or trademarks** | $0.00 | | $0.00 |
| 61.  **Internet domain names and websites** **https://www.agroresearchinternational.com** | $0.00 | Appraisal | $549.00 |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

| 66. | **Total of Part 10.** | | $549.00 |
|---|---|---|---|

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

Debtor    **Agro Research International, LLC**                                Case number *(If known)* _____
          <span style="font-size:smaller">Name</span>

■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**
       **Debtor v. SENTINEL BIOLOGICS INC**

       **Third-Party complaint in the pending civil action In re Romero v. Debtor -Case no. 3:21-cv-00518-JD. Complaint is seeking 1) Implied and Equitable Indemnity and 2) Contribution against all Third-Party Defedants.**

       **Nature of claim**        **Third-Party Complaint**                                        **Unknown**
       **Amount requested**                      **$0.00**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                                     **$0.00**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Agro Research International, LLC**                              Case number *(If known)* _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $177.81 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $46,419.06 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $29,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $5,000.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $30,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $549.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $117,645.87 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $117,645.87 |

**Fill in this information to identify the case:**

Debtor name **Agro Research International, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

### 2.1 TD Bank, N.A

Creditor's Name

**Attn: An Officer**
**2035 Limestone Rd**
**Wilmington, DE 19808**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number **9001**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. TD Bank, N.A**
**2. TD Bank, N.A.**

Describe debtor's property that is subject to a lien
**90 days or less: Accounts Receivables**

Describe the lien
**UCC Lien**

Is the creditor an insider or related party?
☑ No  ☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent  ☐ Unliquidated  ☐ Disputed

Amount of claim: **$120,233.45**   Value of collateral: **$46,419.06**

### 2.2 TD Bank, N.A.

Creditor's Name

**Attn: An Officer**
**2035 Limestone Rd**
**Wilmington, DE 19808**
Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**3 Guys Solar LLC Solar PV System Serial No. SJ4918-07-31E33ABAB-F**

**Panels are affixed to commercial leased space at 29203 State Road 46, Sorrento, FL 32776**

**Secured by UCC-1 lien held by TD Bank, N.A. (see schedule D)**

Describe the lien
**UCC-1 (Blanket lien)**

Is the creditor an insider or related party?
☑ No  ☐ Yes

Is anyone else liable on this claim?

Amount of claim: **$3,874.33**   Value of collateral: **$5,000.00**

Debtor   **Agro Research International, LLC**                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| **Date debt was incurred** | ■ No |
| **7/22/2019** | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| **Last 4 digits of account number** | |
| **9004** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| | ☐ Contingent |
| ■ No | ☐ Unliquidated |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Disputed |

---

| 2.3 | **TD Bank, N.A.** | Describe debtor's property that is subject to a lien | $7,330.12 | $46,419.06 |
|---|---|---|---|---|

Creditor's Name

**Attn: An Officer**
**2035 Limestone Rd**
**Wilmington, DE 19808**

Creditor's mailing address

**90 days or less: Accounts Receivables**

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**9003**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No
☐ Contingent
☐ Unliquidated
■ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Disputed

**Specified on line 2.1**

---

3.  | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$131,437.90** |
|---|---|

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Agro Research International, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,159.55** | **$1,159.55** |
|---|---|---|---|---|
| | **Florida Deptartment of Revenue** **5050 W Tennessee Street** **Tallahassee, FL 32399-0110** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **03/31/2024** | Basis for the claim: **RT6 taxes** | | |
| | Last 4 digits of account number **0066** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53,340.62** | **$53,340.62** |
|---|---|---|---|---|
| | **Internal Revenue Service** **P.O. Box 7346** **Philadelphia, PA 19101-7346** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2022-2024** | Basis for the claim: **Payroll Tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor   **Agro Research International, LLC**
_____   Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._   **$2,433.22** |

3.1 | **Nonpriority creditor's name and mailing address**
**Ascendant Commerical Insuran**
**C/O City National Bank of Fl**
**PO Box 527423**
**Miami, FL 33152**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,433.22**

---

3.2 | **Nonpriority creditor's name and mailing address**
**Barnard Vogler & Co**
**100 W. Liberty, Suite 1100**
**Reno, NV 89501**

Date(s) debt was incurred  1/31/2023

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting services**

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

3.3 | **Nonpriority creditor's name and mailing address**
**Brenntag Mid-South Inc**
**1405 Highway 136 W**
**Henderson, KY 42420-9662**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,340.11**

---

3.4 | **Nonpriority creditor's name and mailing address**
**Brown & Brown Insurance**
**2290 Lucien Way**
**#440**
**Maitland, FL 32751**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Bill**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

3.5 | **Nonpriority creditor's name and mailing address**
**California Department of Foo**
**1220 N Street, 4th Floor**
**Sacramento, CA 95814**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Investigative costs**

Is the claim subject to offset? ☐ No ☐ Yes

**$93,312.13**

---

3.6 | **Nonpriority creditor's name and mailing address**
**California Department of Food & Agricult**
**1220 N Street, 4th Floor**
**Sacramento, CA 95814**

Date(s) debt was incurred  07/26/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Accusation:**
**CDFA FILE NO.: FERTAP-21-LC01**

Is the claim subject to offset? ■ No ☐ Yes

**$1,982,312.13**

---

3.7 | **Nonpriority creditor's name and mailing address**
**Comdata, Inc**
**PO Box 100647**
**Atlanta, GA 30384-0647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,570.99**

---

Debtor   **Agro Research International, LLC**
_____
        Name                                     Case number (if known)  _____

---

**3.8**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.80**

**Crandall Filling Machinerey**
**80 Gruner Rd**
**Buffalo, NY 14227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:   **Vendor**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$144.61**

**DHL Express**
**16592 Collections Center Dri**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,268.63**

**Downey Brand**
**621 Capitol Mall, 18th Floor**
**Sacramento, CA 95814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-2023**

Basis for the claim:   **Legal fees**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$700,000.00**

**Farmers Supply**
**1833 Park Lane**
**Burlington, WA 98233-0630**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/30/2023**

Basis for the claim:   **Returned inventory**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,767.48**

**Handelin Law**
**PO Box 4568**
**Carson City, NV 89702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:   **Legal Fees**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Hossfeld Vineyards Wine Co.**
**c/o ARNS DAVIS LAW**
**515 Folsom St., 3rd Floor**
**San Francisco, CA 94105**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim:   **Pending civil action In re Romero v. Debtor -Case no. 3:21-cv-00518-JD**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$825.50**

**Inline Filing Systems**
**216 Seaboard Avenue**
**Venice, FL 34285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:   **Past due account**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Agro Research International, LLC**
_____     Case number (if known) _____
　　　　Name

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   **Unknown** |

**Jesus Romero**
**c/o ARNS DAVIS LAW**
**515 Folsom St., 3rd Floor**
**San Francisco, CA 94105**

Date(s) debt was incurred  **2021**
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Pending civil action In re Romero v. Debtor -Case no. 3:21-cv-00518-JD**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   **Unknown** |

**Ken Bernards**
**c/o ARNS DAVIS LAW**
**515 Folsom St., 3rd Floor**
**San Francisco, CA 94105**

Date(s) debt was incurred  **2021**
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Pending civil action In re Romero v. Debtor -Case no. 3:21-cv-00518-JD**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   **$2,220.00** |

**Kinetic Supply Chain Service**
**PO Box 20825**
**Fountain Valley, CA 92728**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   **Unknown** |

**Lucia Hossfeld**
**c/o ARNS DAVIS LAW**
**515 Folsom St., 3rd Floor**
**San Francisco, CA 94105**

Date(s) debt was incurred  **2021**
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Pending civil action In re Romero v. Debtor -Case no. 3:21-cv-00518-JD**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   **$46,189.20** |

**Marc Lajeunesse**
**29203 Red Hibiscus Court**
**Sorrento, FL 32776**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Past due rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   **$120,000.00** |

**Micro Bio Tech LLC**
**17 Pete Henndrichs Rd**
**Yerington, NV 89447**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Quality contro & RND**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Agro Research International, LLC**
_____   Case number _(if known)_ _____

Name

---

**3.21**  **Nonpriority creditor's name and mailing address**

Peter Hoffman
c/o ARNS DAVIS LAW
515 Folsom St., 3rd Floor
San Francisco, CA 94105

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._                          **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Pending civil action In re Romero v. Debtor -Case no. 3:21-cv-00518-JD**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.22**  **Nonpriority creditor's name and mailing address**

Porter Family Vineyards, LLC
c/o ARNS DAVIS LAW
515 Folsom St., 3rd Floor
San Francisco, CA 94105

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._                          **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Pending civil action In re Romero v. Debtor -Case no. 3:21-cv-00518-JD**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.23**  **Nonpriority creditor's name and mailing address**

Ramsey Xpress
1203 N. Gertrude Ave.
Stockton, CA 95215

Date(s) debt was incurred  **2021-2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._                          **$19,644.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.24**  **Nonpriority creditor's name and mailing address**

Reister's Grower Services
14050 Fruit Ridge Ave
Kent City, MI 49330

Date(s) debt was incurred  **9/13/2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._                          **$1,275.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.25**  **Nonpriority creditor's name and mailing address**

SENTINEL BIOLOGICS, INC
c/o NEWMEYER & DILLION LLP
2033 N. Main Street, Suite 500
Walnut Creek, CA 94596

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._                          **$142,529.50**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Pending cross-conplaint related to civil action In re Romero v. Debtor -Case no. 3:21-cv-00518-JD**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.26**  **Nonpriority creditor's name and mailing address**

Smart Work Media
28 Valley Rd.,Ste 1
Montclair, NJ 07042

Date(s) debt was incurred  **8/1/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._                          **$1,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor  **Agro Research International, LLC**                                   Case number (if known) _____
_____
Name

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,300.00 |
|---|---|---|---|

**State of Florida**
**Department of Agriculture**
**407 South Calhoun Street**
**Suite 509**
**Tallahassee, FL 32399**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Fines**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,973.33 |
|---|---|---|---|

**TD Bank, N.A.**
**Attn: An Officer**
**2035 Limestone Rd**
**Wilmington, DE 19808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/8/2021**

Basis for the claim:  **Deficiency Truck**

Last 4 digits of account number  **9005**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Tim Porter**
**c/o ARNS DAVIS LAW**
**515 Folsom St., 3rd Floor**
**San Francisco, CA 94105**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Pending civil action In re Romero v. Debtor -Case no. 3:21-cv-00518-JD**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**U.S Environmental Protection**
**Region 4 Office of Regional**
**61 Forsyth Street, SW**
**Atlanta, GA 30303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EPA**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $142,529.50 |
|---|---|---|---|

**Wilbur-Ellis Company, LLC**
**c/o GORDON REES SCULLY MANSUKHANI, LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Pending cross-conplaint related to civil action In re Romero v. Debtor -Case no. 3:21-cv-00518-JD**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Attorney General of California**<br>**c/o Rob Bonta**<br>**455 Golden Gate Avenue, Suite 11000**<br>**San Francisco, CA 94102-7004** | Line  **3.6**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Agro Research International, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **United States Attorney** **For Food and Agriculture** **501 I Street, Suite 10-100** **Sacramento, CA 95814** | Line  **3.6** ☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.**  Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 54,500.17 |
| 5b. Total claims from Part 2 | 5b.  + | $ 3,360,131.13 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 3,414,631.30 |

**Fill in this information to identify the case:**

Debtor name      **Agro Research International, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Ten (10) year commercial lease entered between Debtor and Marc LaJeunesse (Debtor's president), for mixed used property located at 29203 State Road 46, Sorrento, FL 32776, effectice 10/1/2016.** | |
| | | **Term: Annual rent fee of $1,539.64 per acre with annual increase.** | |
| | State the term remaining | **3 years** | |
| | List the contract number of any government contract | _____ | **Marc Lajeunesse 29203 Red Hibiscus Court Sorrento, FL 32776** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Executory contract for solar panels affixed to leased space located at 9203 State Road 46, Sorrento, FL 32776** | |
| | | **Balance of loan: $4,764.48 Monthly payment: $641.67** | |
| | State the term remaining | **2.5 years** | |
| | List the contract number of any government contract | _____ | **TD Bank, National Association Attn: An Officer 2035 Limestone Rd Wilmington, DE 19808** |

**Fill in this information to identify the case:**

Debtor name   **Agro Research International, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Andaman AG Corporation** | **c/o Dillingham & Murphy, LLP 155 Sansome Street, Suite 700, 19th FL San Francisco, CA 94104** | **Jesus Romero** | ☐ D _____ ■ E/F   **3.15** ☐ G _____ |
| 2.2 | **Andaman AG Corporation** | **c/o Dillingham & Murphy, LLP 155 Sansome Street, Suite 700, 19th FL San Francisco, CA 94104** | **Wilbur-Ellis Company, LLC** | ☐ D _____ ■ E/F   **3.31** ☐ G _____ |
| 2.3 | **Andaman AG Corporation** | **c/o Dillingham & Murphy, LLP 155 Sansome Street, Suite 700, 19th FL San Francisco, CA 94104** | **SENTINEL BIOLOGICS, INC** | ☐ D _____ ■ E/F   **3.25** ☐ G _____ |
| 2.4 | **Sentinel Biologics Inc.** | **c/o Newmeyer & Dillion, LLP 1277 Treat Blvd, Ste 600 Walnut Creek, CA 94597** | **Jesus Romero** | ☐ D _____ ■ E/F   **3.15** ☐ G _____ |

Debtor  **Agro Research International, LLC**                    Case number *(if known)* _____

---

| ■ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

---

| 2.5 | **Sentinel Biologics Inc.** | c/o Newmeyer & Dillion, LLP<br>1277 Treat Blvd, Ste 600<br>Walnut Creek, CA 94597 | **Wilbur-Ellis Company, LLC** | ☐ D _____<br>■ E/F  __3.31__<br>☐ G _____ |

---

| 2.6 | **Wilbur-Ellis Company, LLC** | c/o Gordon & Rees Scully Mansukhani LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 | **Jesus Romero** | ☐ D _____<br>■ E/F  __3.15__<br>☐ G _____ |

---

| 2.7 | **Wilbur-Ellis Company, LLC** | c/o Gordon & Rees Scully Mansukhani LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 | **SENTINEL BIOLOGICS, INC** | ☐ D _____<br>■ E/F  __3.25__<br>☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name  **Agro Research International, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

**1.** **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$731,206.55** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$639,353.00** |
| **For the fiscal year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$2,522,586.00** |

**2.** **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | **Sale of Personal Property (Volvo Truck)** | **$42,500.00** |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    **Agro Research International, LLC** _____    Case number *(if known)* _____

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Capital One** <br> **P.O. Box 30285** <br> **Salt Lake City, UT 84130** | 8/1/2023: <br> $10,000 <br> 8/22/2023: <br> $10,000 <br> 9/18/2023: <br> $2,000 <br> 9/19/2023: <br> $2,395 <br> 9/20/2023: <br> $4,000 <br> 10/6/2023: <br> $5,000 <br> 10/19/203: <br> $2,499 <br><br> **\*\*\*\* This CC maybe Marc's and moved to SOFA 4** | **$35,894.00** | ☐ Secured debt <br> ■ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.2. | **Veritiv** | 9/28/2023: <br> $663.15 <br> 10/6/2023: <br> $13,097.76 | **$13,760.91** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ■ Other **Boxes used for packaging products** |
| 3.3. | **Bell Chem** <br> **1340 Bennett Drive** <br> **Longwood, FL 32750** | 8/25/2023 | **$20,172.43** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ■ Other **Raw materials received** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address <br> Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

Debtor  **Agro Research International, LLC** _____    Case number *(if known)* _____

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

    | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
    |---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

    | | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
    |---|---|---|---|---|
    | 7.1. | **Romero ET. AL v. Agro Research International, LLC, et. al.** 3:21-cv-00518-JD | **Class action civil complaint** | **US Distrct Court, California Northern District - San Francisco Division 450 Golden Gate Avenue San Francisco, CA 94102** | ■ Pending ☐ On appeal ☐ Concluded |
    | 7.2. | **SENTINEL BIOLOGICS, INC. vs. Debtor et. al.** 3:21-cv-00518-JD | **Cross-claim** | **United States District Court Northern Division, San Franciso Division 450 Golden Gate Avenue San Francisco, CA 94102** | ■ Pending ☐ On appeal ☐ Concluded |
    | 7.3. | **WILBUR-ELLIS COMPANY, LLC v. AGRO RESEARCH INTERNATIONAL LLC; ANDAMAN AG CORPORATION; and SENTINEL BIOLOGICS INC.,** 3:21-cv-00518-JD | **Defendant Cross-claim** | **US Distrct Court, California Northern District - San Francisco Division 450 Golden Gate Avenue San Francisco, CA 94102** | ■ Pending ☐ On appeal ☐ Concluded |
    | 7.4. | **California Department of Food & Agriculture v. Debtor** FERTAP-21-LC01 | **Accusation** | **CALIFORNIA DEPARTMENT OF FOOD AND AGRICULTURE 455 Golden Gate Avenue, Suite 11000 San Francisco, CA 94102-7004** | ■ Pending ☐ On appeal ☐ Concluded |
    | 7.5. | **Debtor v. SENTINEL BIOLOGICS INC** 3:21-cv-00518-JD | **Third-Party Complaint** | **US Distrct Court, California Northern District - San Francisco Division 450 Golden Gate Avenue San Francisco, CA 94102** | ■ Pending ☐ On appeal ☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

Debtor    **Agro Research International, LLC**                                           Case number *(if known)*  _____

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

   | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
   |---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

   | | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
   |---|---|---|---|---|
   | 11.1. | **Law Offices of Gabriel Liberman, APC**<br>**1545 River Park Drive., STE 530**<br>**Sacramento, CA 95815** | **Attorneys Fee** | **10/25/2023** | **$6,650.00** |
   | | **Email or website address**<br>**attorney@4851111.com** | | | |
   | | **Who made the payment, if not debtor?** | | | |
   | 11.2. | **Stiberman Law, P.A.**<br>**2601 Hollywood Blvd.**<br>**Hollywood, FL 33020** | **Attorney Fees** | **2023-2024** | **$38,929.50** |
   | | **Email or website address**<br>**ras@stibermanlaw.com** | | | |
   | | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

---

Debtor   **Agro Research International, LLC**                               Case number *(if known)* _____

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. <br><br>**Harold Turner**<br>**9018 Penny Circle**<br>**Labelle, FL 33935** | **2014 Volvo Tractor (cab)**<br>**VIN 4V4NC9EH5EN173804**<br><br>**Purchaser also bought 2004 Clark Trailer and 2007 Moffett M5500 at same time which title was held in Interra-AG, LLC, a closely held entity of Marc Lajeunesse.** | **11/15/2022** | **$42,500.00** |
| Relationship to debtor<br>**None** | | | |
| 13.2. **Micro Bio Tech dba Agro Bio USA**<br>**17 Pete Henrichs Road**<br>**Yerington, NV 89447** | **Vision conveyor system**<br>**Used to bottle and heat pack**<br>**Equipment is operational but old and obsolete** | **8/15/2023** | **$5,000.00** |
| Relationship to debtor<br>**Closely held entity of Marc Lajeunesse** | | | |
| 13.3. **Micro Bio Tech dba Agro Bio USA**<br>**17 Pete Henrichs Road**<br>**Yerington, NV 89447** | **Bottling equipment used for manufacturing** | **8/15/2023** | **$12,000.00** |
| Relationship to debtor<br>**Closely held entity of Marc Lajeunesse** | | | |

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor    **Agro Research International, LLC**                    Case number *(if known)*

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☑ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☑ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☑ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Debtor    **Agro Research International, LLC** _____    Case number *(if known)* _____

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Barnard, Vogler & Co., CPA's**<br>**c/o David Schaper**<br>**100 W Liberty Street, Suite 1100**<br>**Reno, NV 89501** | **Annual** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor   Agro Research International, LLC _____      Case number *(if known)* _____

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Barnard, Vogler & Co., CPA's**<br>**c/o David Schaper**<br>**100 W Liberty Street, Suite 1100**<br>**Reno, NV 89501** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Marc Lajeunesse** | **29203 Red Hibiscus Court**<br>**Sorrento, FL 32776** | **Managing member** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Adriana Torres**<br>**29203 Red Hibiscus Court**<br>**Sorrento, FL 32776** | **$11,525.28** | **1/1/2023-12/31/2024** | **Gross wages earned as employee of Debtor** |
| | **Relationship to debtor**<br>**Ex-Spouse of Marc Lajeunesse** | | | |

Debtor   **Agro Research International, LLC**                              Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Marc Lajeunesse**<br>**29203 Red Hibiscus Court**<br>**Sorrento, FL 32776** | 23530.31 | **1/1/23-12/31/23** | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __June 20, 2024__

**/s/ Marc Lajeunesse**                              **Marc Lajeunesse**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## United States Bankruptcy Court
### Middle District of Florida

In re    **Agro Research International, LLC** _____    Case No. _____
                                    Debtor(s)        Chapter    **11**    _____

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Marc Lajeunesse**<br>**29203 Red Hibiscus Court**<br>**Sorrento, FL 32776** | | **100%** | **Membership Interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June 20, 2024** _____    Signature    **/s/ Marc Lajeunesse** _____
                                            **Marc Lajeunesse**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Middle District of Florida**

In re   __Agro Research International, LLC_____   Case No. _____

   Debtor(s)                                          Chapter   __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:   __June 20, 2024_____         __/s/ Marc Lajeunesse_____
                                          **Marc Lajeunesse**/**Managing Member**
                                          Signer/Title

Agro Research International, LLC
29203 Red Hibiscus Court
Sorrento, FL 32776

California Department of Food & Agricult
1220 N Street, 4th Floor
Sacramento, CA 95814

Inline Filing Systems
216 Seaboard Avenue
Venice, FL 34285

Robert A. Stiberman
Stiberman Law, P.A.
2601 Hollywood Blvd.
Hollywood, FL 33020

Comdata, Inc
PO Box 100647
Atlanta, GA 30384-0647

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Andaman AG Corporation
c/o Dillingham & Murphy, LLP
155 Sansome Street, Suite 700, 19th FL
San Francisco, CA 94104

Crandall Filling Machinerey
80 Gruner Rd
Buffalo, NY 14227

Jesus Romero
c/o ARNS DAVIS LAW
515 Folsom St., 3rd Floor
San Francisco, CA 94105

Ascendant Commerical Insuran
C/O City National Bank of Fl
PO Box 527423
Miami, FL 33152

DHL Express
16592 Collections Center Dri
Chicago, IL 60693

Ken Bernards
c/o ARNS DAVIS LAW
515 Folsom St., 3rd Floor
San Francisco, CA 94105

Attorney General of California
c/o Rob Bonta
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Downey Brand
621 Capitol Mall, 18th Floor
Sacramento, CA 95814

Kinetic Supply Chain Service
PO Box 20825
Fountain Valley, CA 92728

Barnard Vogler & Co
100 W. Liberty, Suite 1100
Reno, NV 89501

Farmers Supply
1833 Park Lane
Burlington, WA 98233-0630

Lucia Hossfeld
c/o ARNS DAVIS LAW
515 Folsom St., 3rd Floor
San Francisco, CA 94105

Brenntag Mid-South Inc
1405 Highway 136 W
Henderson, KY 42420-9662

Florida Deptartment of Revenue
5050 W Tennessee Street
Tallahassee, FL 32399-0110

Marc Lajeunesse
29203 Red Hibiscus Court
Sorrento, FL 32776

Brown & Brown Insurance
2290 Lucien Way
#440
Maitland, FL 32751

Handelin Law
PO Box 4568
Carson City, NV 89702

Micro Bio Tech LLC
17 Pete Henndrichs Rd
Yerington, NV 89447

California Department of Foo
1220 N Street, 4th Floor
Sacramento, CA 95814

Hossfeld Vineyards Wine Co.
c/o ARNS DAVIS LAW
515 Folsom St., 3rd Floor
San Francisco, CA 94105

Peter Hoffman
c/o ARNS DAVIS LAW
515 Folsom St., 3rd Floor
San Francisco, CA 94105

Porter Family Vineyards, LLC
c/o ARNS DAVIS LAW
515 Folsom St., 3rd Floor
San Francisco, CA 94105

TD Bank, National Association
Attn: An Officer
2035 Limestone Rd
Wilmington, DE 19808

Ramsey Xpress
1203 N. Gertrude Ave.
Stockton, CA 95215

Tim Porter
c/o ARNS DAVIS LAW
515 Folsom St., 3rd Floor
San Francisco, CA 94105

Reister's Grower Services
14050 Fruit Ridge Ave
Kent City, MI 49330

U.S Environmental Protection
Region 4 Office of Regional
61 Forsyth Street, SW
Atlanta, GA 30303

Sentinel Biologics Inc.
c/o Newmeyer & Dillion, LLP
1277 Treat Blvd, Ste 600
Walnut Creek, CA 94597

United States Attorney
For Food and Agriculture
501 I Street, Suite 10-100
Sacramento, CA 95814

SENTINEL BIOLOGICS, INC
c/o NEWMEYER & DILLION LLP
2033 N. Main Street, Suite 500
Walnut Creek, CA 94596

Wilbur-Ellis Company, LLC
c/o GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Smart Work Media
28 Valley Rd.,Ste 1
Montclair, NJ 07042

Wilbur-Ellis Company, LLC
c/o Gordon & Rees Scully Mansukhani LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

State of Florida
Department of Agriculture
407 South Calhoun Street
Suite 509
Tallahassee, FL 32399

TD Bank, N.A
Attn: An Officer
2035 Limestone Rd
Wilmington, DE 19808

TD Bank, N.A.
Attn: An Officer
2035 Limestone Rd
Wilmington, DE 19808

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Agro Research International, LLC**        Case No. _____

                                        Debtor(s)               Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ................................................. $          **12,000.00**

     Prior to the filing of this statement I have received ................................. $          **12,000.00**

     Balance Due ...................................................................................... $             **0.00**

2. The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 20, 2024**                               **/s/ Robert A. Stiberman**

*Date*                                          **Robert A. Stiberman 0132799**

                                               *Signature of Attorney*

                                               **Stiberman Law, P.A.**
                                               **2601 Hollywood Blvd.**
                                               **Hollywood, FL 33020**
                                               **954-239-7464  Fax: 954-302-8707**
                                               **ras@stibermanlaw.com**

                                               *Name of law firm*