IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In the Matter of:

Agro Research International, LLC

Debtor
_________________________________/

Case No:
Chapter 11, Subchapter V

**CASE MANAGEMENT SUMMARY**

Agro Research International, LLC, the above-captioned debtor and debtor in possession, by and through the undersigned proposed counsel, pursuant to Local Rule 2081-1(b), submits this Case Management Summary ("CMS") and respectfully states as follows:

**DESCRIPTION OF BUSINESS**

1. The Debtor is a Florida Corporation established in 2013 an agriculture pesticide company having its headquarters in Florida. It expanded rapidly through several States, manufacturing several natural and organic products for growers selling through local distributors.

**LOCATION OF OPERATIONS AND OWNERSHIP OF THE SAME**

2. The Debtor's principal place of business is 29203 State Road 46, Sorrento, FL 32776 (the "Sorrento" Location"). The Debtor leases the Sorrento Location.

**REASONS FOR FILING CHAPTER 11**

3. In 2018, the Debtor developed an organic herbicide and began production and distribution throughout the USA. Sales climbed rapidly as growers loved this organic alternative to Round UP (glyphosate). Unfortunately, some government entities alerted by most probably Debtor's competition, alleged that the product contained a non-organic substance. This resulted in: (a) a "stop sale order" issued against the Debtor in four (4) states forcing the Debtor to stop selling the product in question in those states; (b) an Accusation against the Debtor filed by the California Department of Food and Agriculture (the "CDFA

Accusation, "), which resulted in an adverse decision against the Debtor and, (c) a civil class action against the Debtor filed in the U.S. District Court California Northern District (San Francisco). Notwithstanding the Debtor's efforts to diversify and regroup, the Debtor is seeking to file for Chapter 11 bankruptcy protection due to the financial strain caused by these legal challenges, the potential for substantial judgments against the Debtor, and the significant disruption to its business operations.

**LIST OF OFFICERS, DIRECTORS AND INSIDERS**

**4.** Marc LaJeunesse ("Mr. LaJeunesse") is the Debtor's Managing Member and the Debtor's sole officer, director, or insider.

**ANNUAL GROSS REVENUES**

5. In 2022, the Debtor's gross annual revenue totaled Six Hundred Thirty-Nine Thousand Three Hundred Fifty-Three Dollars ($639,353.00). In 2023, the Debtor's gross annual revenue totaled Five Hundred Three Thousand Seven Hundred Thirty-Three Dollars ($503,733.63). The Debtor's gross annual revenue year to date totals: Fifty-Seven Thousand One Hundred Fifty-Seven ($57,157.00)

**AMOUNTS OWED TO VARIOUS CREDITORS**

**A. Priority Creditors**

6. The Debtor's Priority Creditors

| Name | Amount | Description |
|---|---|---|
| Internal Revenue Service | $53,340.62 | Payroll Tax 2022-2024 |
| State of Florida Dept of Revenue | $13,912.66 | Reemployment Tax (Form RT-6) |

**B. Secured Creditors and Collateral**

| Name | Amount | Description of Collateral |
|---|---|---|
| TD Bank | $120,233.45 | UCC Lien |
| TD Bank | $3,874.33 | Solar PV System |
| TD Bank | $7,330.12 | UCC Lien |

**C. General Unsecured Creditors**

7. The Debtor has scheduled $2,704,757.47 in general unsecured claims, including any disputed, unliquidated, and contingent claims.

## GENERAL DESCRIPTION AND APPROXIMATE VALUE OF DEBTOR'S CURRENT AND FIXED ASSETS

8. The Debtor has scheduled current and fixed assets collectively valued at approximately One Hundred Seventeen Thousand Six Hundred Forty-Five Dollars ($117,654.00).

## INSURANCE POLICIES INFORMATION

| Insurance Type | Name of Insurer | Policy Number | Amount of Coverage | Policy Expiration Date |
|---|---|---|---|---|
| Commercial General Liability | Hartford Fire Insurance Company | 42 CSE S88501 | $5,000,000 | 05/1/2025 |
| Automobile Liability | State National Insurance Company | MHWTT307222 24 | $1,000,000 | 05/01/2025 |
| Umbrella Liability- Excess auto only | State National Insurance Company | MHWZX307221 24 | $4,000,000 | 05/01/2025 |
| Worker's Compensation | Twin City Fire Insurance Company | 42 WBR S88500 | $5,000,000 | 05/01/2025 |

## NUMBER OF EMPLOYEES AND GROSS AMOUNTS OF WAGES OWED AS OF PETITION DATE

**9.** The Debtor has Seven (7) employees, including Mr. LaJeunesse and owes gross wages totaling approximately $3,125.00.

## STATUS OF THE DEBTOR'S PAYROLL AND SALES TAX OBLIGATION

**10.** The Debtor is current with its payroll.

## ANTICIPATED EMERGENCY RELIEF TO BE REQUESTED

11. The Debtor anticipates filing a Motion Seeking Authority to Use Cash Collateral, a Motion for Authority to Use Existing Bank Accounts, Motion to Pay Pre-Petition Wages and a Motion for Authority to Pay Affiliate Officer Salaries on an emergency basis.

## THE DEBTOR'S STRATEGIC OBJECTIVES

12. The Debtor's strategic objectives in filing for Chapter 11 bankruptcy protection under Subchapter V include resolving ongoing legal challenges, minimizing the impact of potential judgments, and implementing a sustainable business model that supports long-

term growth and competitiveness in the market or exploring other alternatives that may be available.

Date this: June 20, 2024

Respectfully submitted,

**STIBERMAN LAW, P.A.**
2601 Hollywood Blvd.
Hollywood, Florida 33020
Telephone: 954-922-2283
Facsimile: 954-302-8707
Email: ras@stibermanlaw.com

By: /s/ *Robert A. Stiberman*
Robert A. Stiberman (FBN 132799)

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing shall be electronically served through this Court's CM/ECF Noticing system upon entry to all parties registered for service this 20th day of June, 2024.

By: /s/ *Robert A. Stiberman*
Robert A. Stiberman (FBN 132799)