UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In the Matter of:
Agro Research International, LLC
Debtor.
_______________________/

Case No: 6:24-bk-03122-LVV
Chapter 11, Subchapter V

Sworn Declaration of Marc Lajeunesse

Marc Lajeunesse, pursuant to 28 U.S.C. § 1746, makes this declaration under penalty of perjury, and respectfully represent the following to the court:

1. I am managing member of debtor and make this declaration on personal knowledge.

2. I made and signed the Monthly Operating Report for August Doc 57 which showed payroll funds were transferred to my personal account to pay employees and a capital contribution of $6781.37, which was by mistake the contribution of July. The Return of Cap Contribution from Marc Lajeunesse $5671.88 shown was funds going to my personal account to pay the employees payroll, not repayment of any kind to me personally.

We declare under penalty of perjury that the foregoing is true and correct.

s/s: Marc Lajeunesse
Marc Lajeunesse

We hereby certify that a true copy of the foregoing was served on all parties by CMECF

JOEL M. ARESTY, P.A.
Board Certified Business Bankruptcy Law
Attorneys for Debtor
309 1st Ave S
Tierra Verde, FL 33715
Fax: 800-559-1870
Phone: (305) 904-1903
Aresty@Mac.com
By:/s/ Joel M. Aresty, Esq
Fla. Bar No. 197483