**Fill in this information to identify the case:**

Debtor Name Agro Research International LLC

United States Bankruptcy Court for the: Middle District of Florida

Case number: 6:24-bk-03122-LVV

☑ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

**12/17**

Month: August

Date report filed: 10/04/2024 (MM / DD / YYYY)

Line of business: Pesticide Sales

NAISC code: ___________

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Marc Lajeunesse

Original signature of responsible party: /s/: Marc Lajeunesse

Printed name of responsible party: Marc Lajeunesse

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. Have you timely filed all other required government filings? | ☐ | ☑ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☑ | ☐ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Agro Research International LLC Case number 6:24-bk-03122-LVV

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 219.46

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 19,109.82

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 17,268.66

22. **Net cash flow** + $ 1,841.16

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 2,060.62

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 0.00

*(Exhibit E)*

Debtor Name Agro Research International LLC Case number 6:24-bk-03122-LVV

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 28,454.19

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 7

27. What is the number of employees as of the date of this monthly report? 4

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00

30. How much have you paid this month in other professional fees? $ 0.00

31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | | Column B **Actual** Copy lines 20-22 of this report. | | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 48,750.00 | – | $ 24,781.24 | = | $ 23,968.76 |
| 33. **Cash disbursements** | $ 46,608.87 | – | $ 22,940.08 | = | $ 23,668.79 |
| 34. **Net cash flow** | $ 2,141.13 | – | $ 1,841.16 | = | $ 299.97 |

35. Total projected cash receipts for the next month: $ 48,750.00

36. Total projected cash disbursements for the next month: - $ 46,608.87

37. Total projected net cash flow for the next month: = $ 2,141.13

Debtor Name Agro Research International LLC Case number 6:24-bk-03122-LVV

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.



Print Save As... Reset

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
**FOR THE PERIOD BEGINNING** 8/1 **AND ENDING** 8/31

Name of Debtor: Agro Research International LLC    Case Number 6:24-bk-03122-LVV
Date of Petition: 06/21/2024

| | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | 219.46 | **(a)** | 26145.44 | **(b)** |
| **2. RECEIPTS:** | | | | |
| A. Cash Sales | | | | |
| Minus: Cash Refunds | (-) | | | |
| Net Cash Sales | | | 1089.40 | |
| B. Accounts Receivable | 17964.87 | | 17964.87 | |
| C. Other Receipts *(See MOR-3)* (If you receive rental income, you must attach a rent roll.) | 1144.95 | | 22506.25 | |
| **3. TOTAL RECEIPTS** *(Lines 2A+2B+2C)* | 19109.82 | | 41560.52 | |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS** *(Line 1 + Line 3)* | 19329.28 | | 67705.96 | |
| **5. DISBURSEMENTS** | | | | |
| A. Advertising | | | | |
| B. Bank Charges | 65.00 | | 488.46 | |
| C. Contract Labor | | | | |
| D. Fixed Asset Payments (not incl. in "N") | | | | |
| E. Insurance | | | | |
| F. Inventory Payments | | | | |
| G. Leases | | | | |
| H. Manufacturing Supplies | | | | |
| I. Office Supplies | | | | |
| J. Payroll – Net | 15664.02 * | | 48402.67 | |
| K. Professional Fees (Accounting & Legal) | | | | |
| L. Rent | 1539.64 | | 3079.28 | |
| M. Repairs & Maintenance | | | | |
| N. Secured Creditor Payments | | | | |
| O. Taxes Paid – Payroll | | | 2091.10 | |
| P. Taxes Paid - Sales & Use | | | | |
| Q. Taxes Paid - Other | | | | |
| R. Telephone | | | | |
| S. Travel & Entertainment | | | | |
| Y. U.S. Trustee Quarterly Fees | | | | |
| U. Utilities | | | 108.88 | |
| V. Vehicle Expenses | | | | |
| W. Other Operating Expenses *(See MOR-3)* | | | 10000 | |
| **6. TOTAL DISBURSEMENTS** ***(Sum of 5A thru W)*** | 17268.66 | | 64170.39 | |
| **7. ENDING BALANCE** ***(Line 4 Minus Line 6)*** | 2060.62 | (c) | 3535.57 | (c) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This 4th day of Oct, 2024.    s/s: Marc Lajeunesse
(Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c)These two amounts will always be the same if form is completed correctly.

MOR-2

## APPENDIX A

* Payroll funds were transferred to Mr. LaJeunnese's personal bank account #7797 to pay Debtor's employees. Debtor's DIP account did not have checks and the ADP had been discontinued in August.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Cumulative Description | Current Month | Petition to Date |
|---|---|---|
| Td Bank (Service charge reversed) | 35.00 | 06/21/2024 |
| Capital contribution from Marc Lajeunesse | 1109.95 | 06/21/2024 |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | 1144.95 | 06/21/2024 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties, directors, related corporations, etc.). Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Cumulative Description | Current Month | Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |