ORDERED.

**Dated:  April 03, 2025**

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In the Matter of:

Agro Research International, LLC
      Debtor.
_____/

Case No: 6:24-bk-03122-LVV
Chapter 11, Subchapter V

**ORDER (1) CONFIRMING SECOND AMENDED CHAPTER 11 SMALL BUSINESS SUBCHAPTER V PLAN PURSUANT 11 U.S.C. § 1191(a) (2) SETTING DEADLINES, AND (3)  SCHEDULING POST-CONFIRMATION STATUS CONFERENCE**

THIS CASE came before the Court on March 18, 2025 at 2:00 p.m., for evidentiary hearing on the Second Amended Chapter 11 Small Business Subchapter V Plan, Doc. 93 (the "Plan"), and the Ballot Tabulation Doc 119 and the Confirmation Affidavit Doc 121. The Court received the foregoing as evidence. TD Bank made an ore tenus motion to allow a ballot accepting the plan in the unsecured class, which was allowed. The court also found that class 1 was unimpaired. The Court finds that the Plan was served on all creditors and interest holders, who were given timely notice thereof and of the confirmation hearing, and the Court further finds that the Solicitation

1

Package was timely and properly served on all creditors and parties in interest and that all impaired classes voted in favor of the Plan as modified on the record at the hearing.  No objections to the Plan were brought, and no ballots were cast against the Plan. Upon the evidence presented at the hearing, and for the reasons stated orally and recorded in open court, the Court finds that the requirements of confirmation as set forth in 11 U.S.C. § 1191(a) are satisfied.

Both Mark Lajeunesse and Micro Bio Tech LLC unconditionally guaranty the payment of all payments to be made under the Plan. In the event that any creditor does not receive its payment within 30 day days of its due date, the Creditor shall notify the Debtor of such default. If the default is not cured within thirty (30) days, the Creditor may file suit in a court of competent jurisdiction against the Debtor and its guarantors, Mark Lajeunesse and Micro Bio Tech LLC.

Accordingly, it is **ORDERED:**

1.      The Second Amended Chapter 11 Small Business Subchapter V Plan [Doc 93] of Debtor, **CONFIRMED** pursuant to 11 U.S.C. § 1191(a).

2.      In accordance with 11 U.S.C. § 1141(d)(1), the Debtor is discharged.

3.      The Debtor is authorized to execute all agreements and take all necessary actions to implement the Plan.

4.      **<u>Disbursing Agent</u>**. The Debtor is named as Disbursing Agent and must make all payments to holders of allowed claims as required by the Plan.

5.      **<u>Deadline to Object to Claims.</u>** Objections to claims shall be filed within sixty (60) days from the date of this Order.

6.      Pursuant to the Plan and in accordance with 11 U.S.C § 1146(c), the issuance, transfer or exchange of securities pursuant to the Plan, or the transfer of, or creation of any lien on,

any property of the Debtor pursuant to this Plan or pursuant to an Order of the Court, shall not be taxed under any law imposing a stamp tax, transfer tax, recordation tax, or similar tax.

7.    **<u>Deadline to File a Certificate of Substantial Consummation.</u>** The Debtor shall file a Certificate of Substantial Consummation within fourteen (14) days after the Plan is substantially consummated.

8.    The Debtor shall file with the Bankruptcy Court a financial report or statement of disbursements for each quarter (or portion thereof) that this chapter 11 case remains open, in a format prescribed by the United States Trustee and shall attach all applicable bank statements.. The quarterly reports shall include a statement to reflect the Debtor's compliance or non-compliance with the Plan.  Each report is due by the 21st day after the conclusion of each calendar quarter.

9.    Aaron Cohen, the Subchapter V Trustee shall monitor this disposition of this case and may seek compensation for such. as well as the information necessary and reasonably requested to ensure compliance with the Plan.

10.    The Court retains jurisdiction for any and all matters that may come before the Court in the administration of the Plan of Reorganization and pursuant to the Order of Confirmation, specifically including but not limited to, the jurisdiction to determine all objections to claims; to fix and award all compensation to parties; to hear and determine all questions concerning the assets or property of the Debtor, including any questions relating to any sums of money, services, or property due to the Debtor; and to determine all matters of any nature or type necessary or appropriate to carry out the Plan.

11.    A schedule of payments to be made pursuant to the Plan is attached hereto as Exhibit A.   The guaranty is attached as Exhibit B.

12.     This Order and Confirmation of the Plan also will constitute a Final Order Granting Use of Cash Collateral Doc 9.

13.     **Notice of Effective Date.** The Debtor shall file with the Court and serve on all creditors and interested parties notice of the Effective Date of the Plan within three (3) days of the occurrence of the Effective Date.

14.     A status conference in this case is scheduled for July 1, 2025 , at 2:45 PM. in Courtroom 6C, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801, but only if the case is still pending.

# # #

Attorney Joel Aresty  is  directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

Exhibit A

Class 1
Dep Revenue  paid in cash at confirmation $1159.55
IRS objection to claim, but If claim is allowed, it is to be paid as allowed including interest within 5 years of petition date (6/20/24) so over four years - amortized over 4 years at 7% interest or if allowed in full, $2760.09 per month in payments commencing within 30 day of effective date; unsecured $34,186.51 to be paid in class 3.

Class 2 - TD Bank, N.A.:
The Debtor shall pay TD Bank, N.A. as follows:
Loan 9004 ($1,464.76) will be paid in full on March 18
Loan 9003 ($2,772.16) will be paid in full on April 15
Loan 9001 ($125,292) will be paid in full at note interest over 60 months
Loan 9005 ($13,413.24) will paid in full at note interest over 12 months starting May 15
The Indian supplier loan ($101,555.00) will be paid in full over 24 months, starting Aug 1 at $2,115 per month for 12 months and then $6,351 per month

Class 3
Unsecured Claims
150k dividend = 4.728 % paid quarterly
see attached payment schedule attached

| | | |
|---|---|---|
| Ascendant Com Ins | | 2433 |
| Barnard Vogler | | 800 |
| Brentag Mid South | | 7340 |
| Brown and Brown Ins | | 0 |
| Capital One cl 2 | | 86,379 |
| Cal Dept Food & Agr cl 21 | | 1,982,312 |
| Cellco Verizon cl 5 | | 3419 |
| Comdata | | 6751 |
| Crandall Filling Machinery | | 196 |
| DHL | | 145 |
| Downey Brand LLP cl 3 | | 72,895 |
| Farmers Supply | Disputed returned | 0 |
| Hanelin Law | | 29,768 |
| Hossfeld Vineyards Inc cl 17 | Disputed litigation | 0 |
| Hossfeld Vineyards Wine Co cl 18 | | 0 |
| Inline Filing | | 826 |
| Jesus Romero cl 10 | Disputed | 0 |
| Ken Bernards cl 13 | Disputed | 0 |
| Kinetic Supply | | 2220 |
| Lucia Hossfeld cl 15 | Disputed litigation | 0 |
| Peter Hoffman cl 14 and cl 20 | Disputed litigation | 0 |
| Porter Family Vineyards cl 19 | Disputed litigation | 0 |
| Ramsay Express | | 19644 |
| Reister Grower | | 1275 |
| Sentinel Biolog | disputed cross claim litigation | 0 |
| Skagit Farmers supply cl 4 | | 889,156 |
| Smart Work Media | | 1500 |
| State of FL Dept Ag | fines | 5300 |
| TD Bank | Deficiency truck | 17974 |
| Tim Porter cl 16 | Disputed litigation | 0 |
| Total Quality Logistics cl 6 | | 7615 |
| USEPA | EPA | 0 |
| Uline  cl 1 | | 255.86 |
| Wilber Ellis Co | Disputed cross claim | 0 |
| IRS claim 23 corrected | was 11,309.81 | 34,186.51 |
| Subtotal | was 3,149,513.67 | 3,172,390.37 |

| Unsecured Claims | | Subtotal | 4.728% | 1 | 2 (Q1) | 3 | 4 | 5 (Q2) | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ascendant Com Ins | | $ 2,433.00 | $ 115.03 | $ 2.40 | $ 2.40 | $ 2.40 / $ 7.20 | $ 2.40 | $ 2.40 | $ 2.40 / $ 7.20 | $ 2.40 | $ 2.40 |
| Barnard Vogler | | $ 800.00 | $ 37.82 | $ 0.79 | $ 0.79 | $ 0.79 / $ 2.37 | $ 0.79 | $ 0.79 | $ 0.79 / $ 2.37 | $ 0.79 | $ 0.79 |
| Brentag Mid South | | $ 7,340.00 | $ 347.04 | $ 7.23 | $ 7.23 | $ 7.23 / $ 21.69 | $ 7.23 | $ 7.23 | $ 7.23 / $ 21.69 | $ 7.23 | $ 7.23 |
| Capital One cl 2 | | $ 86,379.00 | $ 4,084.00 | $ 85.08 | $ 85.08 | $ 85.08 / $ 255.24 | $ 85.08 | $ 85.08 | $ 85.08 / $ 255.24 | $ 85.08 | $ 85.08 |
| Cal Dept Food & Agr cl 21 | | $ 1,982,312.00 | $ 93,723.71 | $ 1,952.58 | $ 1,952.58 | $ 1,952.58 / $ 5,857.74 | $ 1,952.58 | $ 1,952.58 | $ 1,952.58 / $ 5,857.74 | $ 1,952.58 | $ 1,952.58 |
| Cellco Verizon cl 5 | | $ 3,419.00 | $ 161.65 | $ 3.37 | $ 3.37 | $ 3.37 / $ 10.11 | $ 3.37 | $ 3.37 | $ 3.37 / $ 10.11 | $ 3.37 | $ 3.37 |
| Comdata | | $ 6,751.00 | $ 319.19 | $ 6.65 | $ 6.65 | $ 6.65 / $ 19.95 | $ 6.65 | $ 6.65 | $ 6.65 / $ 19.95 | $ 6.65 | $ 6.65 |
| Crandall Filling Machinery | | $ 196.00 | $ 9.27 | $ 0.19 | $ 0.19 | $ 0.19 / $ 0.57 | $ 0.19 | $ 0.19 | $ 0.19 / $ 0.57 | $ 0.19 | $ 0.19 |
| DHL | | $ 145.00 | $ 6.86 | $ 0.14 | $ 0.14 | $ 0.14 / $ 0.42 | $ 0.14 | $ 0.14 | $ 0.14 / $ 0.42 | $ 0.14 | $ 0.14 |
| Downey Brand LLP cl 3 | | $ 72,895.00 | $ 3,446.48 | $ 71.80 | $ 71.80 | $ 71.80 / $ 215.40 | $ 71.80 | $ 71.80 | $ 71.80 / $ 215.40 | $ 71.80 | $ 71.80 |
| Hanelin Law | | $ 29,768.00 | $ 1,407.43 | $ 29.32 | $ 29.32 | $ 29.32 / $ 87.96 | $ 29.32 | $ 29.32 | $ 29.32 / $ 87.96 | $ 29.32 | $ 29.32 |
| Inline Filing | | $ 826.00 | $ 39.05 | $ 0.81 | $ 0.81 | $ 0.81 / $ 2.43 | $ 0.81 | $ 0.81 | $ 0.81 / $ 2.43 | $ 0.81 | $ 0.81 |
| Kinetic Supply | | $ 2,220.00 | $ 104.96 | $ 2.19 | $ 2.19 | $ 2.19 / $ 6.57 | $ 2.19 | $ 2.19 | $ 2.19 / $ 6.57 | $ 2.19 | $ 2.19 |
| Ramsay Express | | $ 19,644.00 | $ 928.77 | $ 19.35 | $ 19.35 | $ 19.35 / $ 58.05 | $ 19.35 | $ 19.35 | $ 19.35 / $ 58.05 | $ 19.35 | $ 19.35 |
| Reister Grower | | $ 1,275.00 | $ 60.28 | $ 1.26 | $ 1.26 | $ 1.26 / $ 3.78 | $ 1.26 | $ 1.26 | $ 1.26 / $ 3.78 | $ 1.26 | $ 1.26 |
| Skagit Farmers supply cl 4 | | $ 889,156.00 | $ 42,039.30 | $ 875.82 | $ 875.82 | $ 875.82 / $ 2,627.46 | $ 875.82 | $ 875.82 | $ 875.82 / $ 2,627.46 | $ 875.82 | $ 875.82 |
| Smart Work Media | | $ 1,500.00 | $ 70.92 | $ 1.48 | $ 1.48 | $ 1.48 / $ 4.44 | $ 1.48 | $ 1.48 | $ 1.48 / $ 4.44 | $ 1.48 | $ 1.48 |
| State of FL Dept Ag | fines | $ 5,300.00 | $ 250.58 | $ 5.22 | $ 5.22 | $ 5.22 / $ 15.66 | $ 5.22 | $ 5.22 | $ 5.22 / $ 15.66 | $ 5.22 | $ 5.22 |
| TD Bank | Deficiency truck | $ 17,974.00 | $ 849.81 | $ 17.70 | $ 17.70 | $ 17.70 / $ 53.10 | $ 17.70 | $ 17.70 | $ 17.70 / $ 53.10 | $ 17.70 | $ 17.70 |
| Total Quality Logistics cl 6 | | $ 7,615.00 | $ 360.04 | $ 7.50 | $ 7.50 | $ 7.50 / $ 22.50 | $ 7.50 | $ 7.50 | $ 7.50 / $ 22.50 | $ 7.50 | $ 7.50 |
| Uline cl 1 | | $ 255.86 | $ 12.10 | $ 0.25 | $ 0.25 | $ 0.25 / $ 0.75 | $ 0.25 | $ 0.25 | $ 0.25 / $ 0.75 | $ 0.25 | $ 0.25 |
| IRS claim 23 corrected | was 11,309.81 | $ 34,186.51 | $ 1,616.34 | $ 33.67 | $ 33.67 | $ 33.67 / $ 101.01 | $ 33.67 | $ 33.67 | $ 33.67 / $ 101.01 | $ 33.67 | $ 33.67 |
| Subtotal | was 3,149,513.67 | $ 3,172,390.37 | $ 149,990.63 | | | | | | | | |

Exhibit 5

| | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q3 | | Q4 | | | Q1 | | | Q2 | | | Q3 | | | |
| $ | 2.40 | 2.40 | 2.40 | 2.40 | 2.40 | 2.40 | 2.40 | 2.40 | 2.40 | 2.40 | 2.40 | 2.40 | 2.40 | 2.40 | 2.40 |
| $ | 7.20 | | | 7.20 | | | 7.20 | | | 7.20 | | | 7.20 | | |
| $ | 0.79 | 0.79 | 0.79 | 0.79 | 0.79 | 0.79 | 0.79 | 0.79 | 0.79 | 0.79 | 0.79 | 0.79 | 0.79 | 0.79 | 0.79 |
| $ | 2.37 | | | 2.37 | | | 2.37 | | | 2.37 | | | 2.37 | | |
| $ | 7.23 | 7.23 | 7.23 | 7.23 | 7.23 | 7.23 | 7.23 | 7.23 | 7.23 | 7.23 | 7.23 | 7.23 | 7.23 | 7.23 | 7.23 |
| $ | 21.69 | | | 21.69 | | | 21.69 | | | 21.69 | | | 21.69 | | |
| $ | 85.08 | 85.08 | 85.08 | 85.08 | 85.08 | 85.08 | 85.08 | 85.08 | 85.08 | 85.08 | 85.08 | 85.08 | 85.08 | 85.08 | 85.08 |
| $ | 255.24 | | | 255.24 | | | 255.24 | | | 255.24 | | | 255.24 | | |
| $ | 1,952.58 | 1,952.58 | 1,952.58 | 1,952.58 | 1,952.58 | 1,952.58 | 1,952.58 | 1,952.58 | 1,952.58 | 1,952.58 | 1,952.58 | 1,952.58 | 1,952.58 | 1,952.58 | 1,952.58 |
| $ | 5,857.74 | | | 5,857.74 | | | 5,857.74 | | | 5,857.74 | | | 5,857.74 | | |
| $ | 3.37 | 3.37 | 3.37 | 3.37 | 3.37 | 3.37 | 3.37 | 3.37 | 3.37 | 3.37 | 3.37 | 3.37 | 3.37 | 3.37 | 3.37 |
| $ | 10.11 | | | 10.11 | | | 10.11 | | | 10.11 | | | 10.11 | | |
| $ | 6.65 | 6.65 | 6.65 | 6.65 | 6.65 | 6.65 | 6.65 | 6.65 | 6.65 | 6.65 | 6.65 | 6.65 | 6.65 | 6.65 | 6.65 |
| $ | 19.95 | | | 19.95 | | | 19.95 | | | 19.95 | | | 19.95 | | |
| $ | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 | 0.19 |
| $ | 0.57 | | | 0.57 | | | 0.57 | | | 0.57 | | | 0.57 | | |
| $ | 0.14 | 0.14 | 0.14 | 0.14 | 0.14 | 0.14 | 0.14 | 0.14 | 0.14 | 0.14 | 0.14 | 0.14 | 0.14 | 0.14 | 0.14 |
| $ | 0.42 | | | 0.42 | | | 0.42 | | | 0.42 | | | 0.42 | | |
| $ | 71.80 | 71.80 | 71.80 | 71.80 | 71.80 | 71.80 | 71.80 | 71.80 | 71.80 | 71.80 | 71.80 | 71.80 | 71.80 | 71.80 | 71.80 |
| $ | 215.40 | | | 215.40 | | | 215.40 | | | 215.40 | | | 215.40 | | |
| $ | 29.32 | 29.32 | 29.32 | 29.32 | 29.32 | 29.32 | 29.32 | 29.32 | 29.32 | 29.32 | 29.32 | 29.32 | 29.32 | 29.32 | 29.32 |
| $ | 87.96 | | | 87.96 | | | 87.96 | | | 87.96 | | | 87.96 | | |
| $ | 0.81 | 0.81 | 0.81 | 0.81 | 0.81 | 0.81 | 0.81 | 0.81 | 0.81 | 0.81 | 0.81 | 0.81 | 0.81 | 0.81 | 0.81 |
| $ | 2.43 | | | 2.43 | | | 2.43 | | | 2.43 | | | 2.43 | | |
| $ | 2.19 | 2.19 | 2.19 | 2.19 | 2.19 | 2.19 | 2.19 | 2.19 | 2.19 | 2.19 | 2.19 | 2.19 | 2.19 | 2.19 | 2.19 |
| $ | 6.57 | | | 6.57 | | | 6.57 | | | 6.57 | | | 6.57 | | |
| $ | 19.35 | 19.35 | 19.35 | 19.35 | 19.35 | 19.35 | 19.35 | 19.35 | 19.35 | 19.35 | 19.35 | 19.35 | 19.35 | 19.35 | 19.35 |
| $ | 58.05 | | | 58.05 | | | 58.05 | | | 58.05 | | | 58.05 | | |
| $ | 1.26 | 1.26 | 1.26 | 1.26 | 1.26 | 1.26 | 1.26 | 1.26 | 1.26 | 1.26 | 1.26 | 1.26 | 1.26 | 1.26 | 1.26 |
| $ | 3.78 | | | 3.78 | | | 3.78 | | | 3.78 | | | 3.78 | | |
| $ | 875.82 | 875.82 | 875.82 | 875.82 | 875.82 | 875.82 | 875.82 | 875.82 | 875.82 | 875.82 | 875.82 | 875.82 | 875.82 | 875.82 | 875.82 |
| $ | 2,627.46 | | | 2,627.46 | | | 2,627.46 | | | 2,627.46 | | | 2,627.46 | | |
| $ | 1.48 | 1.48 | 1.48 | 1.48 | 1.48 | 1.48 | 1.48 | 1.48 | 1.48 | 1.48 | 1.48 | 1.48 | 1.48 | 1.48 | 1.48 |
| $ | 4.44 | | | 4.44 | | | 4.44 | | | 4.44 | | | 4.44 | | |
| $ | 5.22 | 5.22 | 5.22 | 5.22 | 5.22 | 5.22 | 5.22 | 5.22 | 5.22 | 5.22 | 5.22 | 5.22 | 5.22 | 5.22 | 5.22 |
| $ | 15.66 | | | 15.66 | | | 15.66 | | | 15.66 | | | 15.66 | | |
| $ | 17.70 | 17.70 | 17.70 | 17.70 | 17.70 | 17.70 | 17.70 | 17.70 | 17.70 | 17.70 | 17.70 | 17.70 | 17.70 | 17.70 | 17.70 |
| $ | 53.10 | | | 53.10 | | | 53.10 | | | 53.10 | | | 53.10 | | |
| $ | 7.50 | 7.50 | 7.50 | 7.50 | 7.50 | 7.50 | 7.50 | 7.50 | 7.50 | 7.50 | 7.50 | 7.50 | 7.50 | 7.50 | 7.50 |
| $ | 22.50 | | | 22.50 | | | 22.50 | | | 22.50 | | | 22.50 | | |
| $ | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 |
| $ | 0.75 | | | 0.75 | | | 0.75 | | | 0.75 | | | 0.75 | | |
| $ | 33.67 | 33.67 | 33.67 | 33.67 | 33.67 | 33.67 | 33.67 | 33.67 | 33.67 | 33.67 | 33.67 | 33.67 | 33.67 | 33.67 | 33.67 |
| $ | 101.01 | | | 101.01 | | | 101.01 | | | 101.01 | | | 101.01 | | |

| | 48 MONTHS 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Q | Q4 | | Q1 | | | Q2 | | | Q3 | | | Q4 | | | |
| | $2.40 / $7.20 | $2.40 | $2.40 | $2.40 / $7.20 | $2.40 | $2.40 | $2.40 / $7.20 | $2.40 | $2.40 | $2.40 / $7.20 | $2.40 | $2.40 | $2.40 / $7.20 | $2.40 | $2.40 |
| | $0.79 / $2.37 | $0.79 | $0.79 | $0.79 / $2.37 | $0.79 | $0.79 | $0.79 / $2.37 | $0.79 | $0.79 | $0.79 / $2.37 | $0.79 | $0.79 | $0.79 / $2.37 | $0.79 | $0.79 |
| | $7.23 / $21.69 | $7.23 | $7.23 | $7.23 / $21.69 | $7.23 | $7.23 | $7.23 / $21.69 | $7.23 | $7.23 | $7.23 / $21.69 | $7.23 | $7.23 | $7.23 / $21.69 | $7.23 | $7.23 |
| | $85.08 / $255.24 | $85.08 | $85.08 | $85.08 / $255.24 | $85.08 | $85.08 | $85.08 / $255.24 | $85.08 | $85.08 | $85.08 / $255.24 | $85.08 | $85.08 | $85.08 / $255.24 | $85.08 | $85.08 |
| | $1,952.58 / $5,857.74 | $1,952.58 | $1,952.58 | $1,952.58 / $5,857.74 | $1,952.58 | $1,952.58 | $1,952.58 / $5,857.74 | $1,952.58 | $1,952.58 | $1,952.58 / $5,857.74 | $1,952.58 | $1,952.58 | $1,952.58 / $5,857.74 | $1,952.58 | $1,952.58 |
| | $3.37 / $10.11 | $3.37 | $3.37 | $3.37 / $10.11 | $3.37 | $3.37 | $3.37 / $10.11 | $3.37 | $3.37 | $3.37 / $10.11 | $3.37 | $3.37 | $3.37 / $10.11 | $3.37 | $3.37 |
| | $6.65 / $19.95 | $6.65 | $6.65 | $6.65 / $19.95 | $6.65 | $6.65 | $6.65 / $19.95 | $6.65 | $6.65 | $6.65 / $19.95 | $6.65 | $6.65 | $6.65 / $19.95 | $6.65 | $6.65 |
| | $0.19 / $0.57 | $0.19 | $0.19 | $0.19 / $0.57 | $0.19 | $0.19 | $0.19 / $0.57 | $0.19 | $0.19 | $0.19 / $0.57 | $0.19 | $0.19 | $0.19 / $0.57 | $0.19 | $0.19 |
| | $0.14 / $0.42 | $0.14 | $0.14 | $0.14 / $0.42 | $0.14 | $0.14 | $0.14 / $0.42 | $0.14 | $0.14 | $0.14 / $0.42 | $0.14 | $0.14 | $0.14 / $0.42 | $0.14 | $0.14 |
| | $71.80 / $215.40 | $71.80 | $71.80 | $71.80 / $215.40 | $71.80 | $71.80 | $71.80 / $215.40 | $71.80 | $71.80 | $71.80 / $215.40 | $71.80 | $71.80 | $71.80 / $215.40 | $71.80 | $71.80 |
| | $29.32 / $87.96 | $29.32 | $29.32 | $29.32 / $87.96 | $29.32 | $29.32 | $29.32 / $87.96 | $29.32 | $29.32 | $29.32 / $87.96 | $29.32 | $29.32 | $29.32 / $87.96 | $29.32 | $29.32 |
| | $0.81 / $2.43 | $0.81 | $0.81 | $0.81 / $2.43 | $0.81 | $0.81 | $0.81 / $2.43 | $0.81 | $0.81 | $0.81 / $2.43 | $0.81 | $0.81 | $0.81 / $2.43 | $0.81 | $0.81 |
| | $2.19 / $6.57 | $2.19 | $2.19 | $2.19 / $6.57 | $2.19 | $2.19 | $2.19 / $6.57 | $2.19 | $2.19 | $2.19 / $6.57 | $2.19 | $2.19 | $2.19 / $6.57 | $2.19 | $2.19 |
| | $19.35 / $58.05 | $19.35 | $19.35 | $19.35 / $58.05 | $19.35 | $19.35 | $19.35 / $58.05 | $19.35 | $19.35 | $19.35 / $58.05 | $19.35 | $19.35 | $19.35 / $58.05 | $19.35 | $19.35 |
| | $1.26 / $3.78 | $1.26 | $1.26 | $1.26 / $3.78 | $1.26 | $1.26 | $1.26 / $3.78 | $1.26 | $1.26 | $1.26 / $3.78 | $1.26 | $1.26 | $1.26 / $3.78 | $1.26 | $1.26 |
| | $875.82 / $2,627.46 | $875.82 | $875.82 | $875.82 / $2,627.46 | $875.82 | $875.82 | $875.82 / $2,627.46 | $875.82 | $875.82 | $875.82 / $2,627.46 | $875.82 | $875.82 | $875.82 / $2,627.46 | $875.82 | $875.82 |
| | $1.48 / $4.44 | $1.48 | $1.48 | $1.48 / $4.44 | $1.48 | $1.48 | $1.48 / $4.44 | $1.48 | $1.48 | $1.48 / $4.44 | $1.48 | $1.48 | $1.48 / $4.44 | $1.48 | $1.48 |
| | $5.22 / $15.66 | $5.22 | $5.22 | $5.22 / $15.66 | $5.22 | $5.22 | $5.22 / $15.66 | $5.22 | $5.22 | $5.22 / $15.66 | $5.22 | $5.22 | $5.22 / $15.66 | $5.22 | $5.22 |
| | $17.70 / $53.10 | $17.70 | $17.70 | $17.70 / $53.10 | $17.70 | $17.70 | $17.70 / $53.10 | $17.70 | $17.70 | $17.70 / $53.10 | $17.70 | $17.70 | $17.70 / $53.10 | $17.70 | $17.70 |
| | $7.50 / $22.50 | $7.50 | $7.50 | $7.50 / $22.50 | $7.50 | $7.50 | $7.50 / $22.50 | $7.50 | $7.50 | $7.50 / $22.50 | $7.50 | $7.50 | $7.50 / $22.50 | $7.50 | $7.50 |
| | $0.25 / $0.75 | $0.25 | $0.25 | $0.25 / $0.75 | $0.25 | $0.25 | $0.25 / $0.75 | $0.25 | $0.25 | $0.25 / $0.75 | $0.25 | $0.25 | $0.25 / $0.75 | $0.25 | $0.25 |
| | $33.67 / $101.01 | $33.67 | $33.67 | $33.67 / $101.01 | $33.67 | $33.67 | $33.67 / $101.01 | $33.67 | $33.67 | $33.67 / $101.01 | $33.67 | $33.67 | $33.67 / $101.01 | $33.67 | $33.67 |

| | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | PER CLAIMANT 48 TOTAL MONTHLY | PER CLAIMANT TOTAL MONTHLY | PER CLAIMANT TOTAL QUARTERLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Q1 | | | Q2 | | | Q3 | | | Q4 | | | |
| | $ 2.40 | $ 2.40 | $ 2.40 | $ 2.40 | $ 2.40 | $ 2.40 | $ 2.40 | $ 2.40 | $ 2.40 | $ 2.23 | 115.03 | |
| | $ 7.20 | | | $ 7.20 | | | $ 7.20 | | | $ 7.03 | | $ 115.03 |
| | $ 0.79 | $ 0.79 | $ 0.79 | $ 0.79 | $ 0.79 | $ 0.79 | $ 0.79 | $ 0.79 | $ 0.79 | $ 0.69 | 37.82 | |
| | $ 2.37 | | | $ 2.37 | | | $ 2.37 | | | $ 2.27 | | $ 37.82 |
| | $ 7.23 | $ 7.23 | $ 7.23 | $ 7.23 | $ 7.23 | $ 7.23 | $ 7.23 | $ 7.23 | $ 7.23 | $ 7.23 | 347.04 | |
| | $ 21.69 | | | $ 21.69 | | | $ 21.69 | | | $ 21.69 | | $ 347.04 |
| | $ 85.08 | $ 85.08 | $ 85.08 | $ 85.08 | $ 85.08 | $ 85.08 | $ 85.08 | $ 85.08 | $ 85.08 | $ 85.24 | 4,084.00 | |
| | $ 255.24 | | | $ 255.24 | | | $ 255.24 | | | $ 255.40 | | $ 4,084.00 |
| | $ 1,952.58 | $ 1,952.58 | $ 1,952.58 | $ 1,952.58 | $ 1,952.58 | $ 1,952.58 | $ 1,952.58 | $ 1,952.58 | $ 1,952.58 | $ 1,952.45 | 93,723.71 | |
| | $ 5,857.74 | | | $ 5,857.74 | | | $ 5,857.74 | | | $ 5,857.61 | | $ 93,723.71 |
| | $ 3.37 | $ 3.37 | $ 3.37 | $ 3.37 | $ 3.37 | $ 3.37 | $ 3.37 | $ 3.37 | $ 3.37 | $ 3.26 | 161.65 | |
| | $ 10.11 | | | $ 10.11 | | | $ 10.11 | | | $ 10.00 | | $ 161.65 |
| | $ 6.65 | $ 6.65 | $ 6.65 | $ 6.65 | $ 6.65 | $ 6.65 | $ 6.65 | $ 6.65 | $ 6.65 | $ 6.64 | 319.19 | |
| | $ 19.95 | | | $ 19.95 | | | $ 19.95 | | | $ 19.94 | | $ 319.19 |
| | $ 0.19 | $ 0.19 | $ 0.19 | $ 0.19 | $ 0.19 | $ 0.19 | $ 0.19 | $ 0.19 | $ 0.19 | $ 0.34 | 9.27 | |
| | $ 0.57 | | | $ 0.57 | | | $ 0.57 | | | $ 0.72 | | $ 9.27 |
| | $ 0.14 | $ 0.14 | $ 0.14 | $ 0.14 | $ 0.14 | $ 0.14 | $ 0.14 | $ 0.14 | $ 0.14 | $ 0.28 | 6.86 | |
| | $ 0.42 | | | $ 0.42 | | | $ 0.42 | | | $ 0.56 | | $ 6.86 |
| | $ 71.80 | $ 71.80 | $ 71.80 | $ 71.80 | $ 71.80 | $ 71.80 | $ 71.80 | $ 71.80 | $ 71.80 | $ 71.88 | 3,446.48 | |
| | $ 215.40 | | | $ 215.40 | | | $ 215.40 | | | $ 215.48 | | $ 3,446.48 |
| | $ 29.32 | $ 29.32 | $ 29.32 | $ 29.32 | $ 29.32 | $ 29.32 | $ 29.32 | $ 29.32 | $ 29.32 | $ 29.39 | 1,407.43 | |
| | $ 87.96 | | | $ 87.96 | | | $ 87.96 | | | $ 88.03 | | $ 1,407.43 |
| | $ 0.81 | $ 0.81 | $ 0.81 | $ 0.81 | $ 0.81 | $ 0.81 | $ 0.81 | $ 0.81 | $ 0.81 | $ 0.98 | 39.05 | |
| | $ 2.43 | | | $ 2.43 | | | $ 2.43 | | | $ 2.60 | | $ 39.05 |
| | $ 2.19 | $ 2.19 | $ 2.19 | $ 2.19 | $ 2.19 | $ 2.19 | $ 2.19 | $ 2.19 | $ 2.19 | $ 2.03 | 104.96 | |
| | $ 6.57 | | | $ 6.57 | | | $ 6.57 | | | $ 6.41 | | $ 104.96 |
| | $ 19.35 | $ 19.35 | $ 19.35 | $ 19.35 | $ 19.35 | $ 19.35 | $ 19.35 | $ 19.35 | $ 19.35 | $ 19.32 | 928.77 | |
| | $ 58.05 | | | $ 58.05 | | | $ 58.05 | | | $ 58.02 | | $ 928.77 |
| | $ 1.26 | $ 1.26 | $ 1.26 | $ 1.26 | $ 1.26 | $ 1.26 | $ 1.26 | $ 1.26 | $ 1.26 | $ 1.06 | 60.28 | |
| | $ 3.78 | | | $ 3.78 | | | $ 3.78 | | | $ 3.58 | | $ 60.28 |
| | $ 875.82 | $ 875.82 | $ 875.82 | $ 875.82 | $ 875.82 | $ 875.82 | $ 875.82 | $ 875.82 | $ 875.82 | $ 875.76 | 42,039.30 | |
| | $ 2,627.46 | | | $ 2,627.46 | | | $ 2,627.46 | | | $ 2,627.40 | | $ 42,039.30 |
| | $ 1.48 | $ 1.48 | $ 1.48 | $ 1.48 | $ 1.48 | $ 1.48 | $ 1.48 | $ 1.48 | $ 1.48 | $ 1.36 | 70.92 | |
| | $ 4.44 | | | $ 4.44 | | | $ 4.44 | | | $ 4.32 | | $ 70.92 |
| | $ 5.22 | $ 5.22 | $ 5.22 | $ 5.22 | $ 5.22 | $ 5.22 | $ 5.22 | $ 5.22 | $ 5.22 | $ 5.24 | 250.58 | |
| | $ 15.66 | | | $ 15.66 | | | $ 15.66 | | | $ 15.68 | | $ 250.58 |
| | $ 17.70 | $ 17.70 | $ 17.70 | $ 17.70 | $ 17.70 | $ 17.70 | $ 17.70 | $ 17.70 | $ 17.70 | $ 17.91 | 849.81 | |
| | $ 53.10 | | | $ 53.10 | | | $ 53.10 | | | $ 53.31 | | $ 849.81 |
| | $ 7.50 | $ 7.50 | $ 7.50 | $ 7.50 | $ 7.50 | $ 7.50 | $ 7.50 | $ 7.50 | $ 7.50 | $ 7.54 | 360.04 | |
| | $ 22.50 | | | $ 22.50 | | | $ 22.50 | | | $ 22.54 | | $ 360.04 |
| | $ 0.25 | $ 0.25 | $ 0.25 | $ 0.25 | $ 0.25 | $ 0.25 | $ 0.25 | $ 0.25 | $ 0.25 | $ 0.35 | 12.10 | |
| | $ 0.75 | | | $ 0.75 | | | $ 0.75 | | | $ 0.85 | | $ 12.10 |
| | $ 33.67 | $ 33.67 | $ 33.67 | $ 33.67 | $ 33.67 | $ 33.67 | $ 33.67 | $ 33.67 | $ 33.67 | $ 33.85 | 1,616.34 | |
| | $ 101.01 | | | $ 101.01 | | | $ 101.01 | | | $ 101.19 | | $ 1,616.34 |

|  | | |
|---|---|---|
| $ 149,990.63 | $ | 149,990.63 |
| **PAYMENT PER MONTH** | $ | 3,124.80 |
| **PAYMENT PER QUARTER** | $ | 9,374.41 |

EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In the Matter of:                                    Case No: 6:24-bk-03122-LVV
                                                     Chapter 11, Subchapter V

Agro Research International, LLC
       Debtor.
_____/

## GUARANTY

This Guaranty (this "**Guaranty**") is made and entered into by Mark Lajeunesse and Micro Bio Tech LLC. (collectively the "**Guarantors**" and each individually, a "**Guarantor**") in favor of Creditors in this case.

## RECITALS:

A.      Both Mark Lajeunesse and Micro Bio Tech LLC unconditionally guaranty the payment of all payments to be made under the Second Amended Chapter 11 Small Business Subchapter V Plan, Doc. 93 (the "Plan").  In the event that any creditor does not receive its payment within 30 day days of its due date, the Creditor shall notify the Debtor of such default. If the default is not cured within thirty (30) days, the Creditor may file suit in a court of competent jurisdiction against the Debtor and its guarantors, Mark Lajeunesse and Micro Bio Tech LLC.

B.      In connection therewith, the Guarantors have agreed to provide this Guaranty guaranteeing the payments under the Plan.

C.      Each Guarantor acknowledges that they have a substantial interest in and  that each Guarantor will derive a substantial and material benefit from the Plan.

## STATEMENT OF THE GUARANTY

In consideration of the premises and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, each Guarantor, intending to be legally bound, agrees as follows:

1.      **Recitals and Definitions**.  The above Recitals are true and correct and are a part of this Guaranty.  Words used in this Guaranty without definition, but which are defined in the Assignment, shall have the same meaning in this Guaranty

2.      **Absolute and Unconditional Guaranty**.  Each Guarantor hereby absolutely and unconditionally guarantees the prompt and full performance of the Plan and the payment of any sums due in connection with the Plan. Guarantor agrees that if is in breach of the Plan creditors may proceed directly against and recover from any and all of the Guarantors before, after, simultaneously with, or without proceeding against any of the other Guarantors.  The liability of each Guarantor shall be primary; in any rights of action which accrues to and may proceed against

any and all of the Guarantors without having demanded performance of, commenced any action against, exhausted any remedy against, or obtained any judgment.  This Guaranty is irrevocable and continuing in nature and relates to the now existing or hereafter payments arising under the Plan

3. **Construction/Venue**.  This Guaranty shall be governed by and construed in accordance with the laws of the State of Florida, without reference to any principles of conflict of laws. Venue for all actions or proceedings relating to or arising out of this Guaranty shall be in Lake County, Florida.

4. **Severability**.  Whenever possible this Guaranty and each provision hereof shall be interpreted in such manner as to be effective, valid and enforceable under applicable law.  If any provision (or portion or application of any provision) of this Guaranty is found to be invalid or inconsistent with applicable law then that provision (or the smallest portion or narrowest application of such provision that can be removed to render the provision valid) shall be severed from this Guaranty and the remainder of this Guaranty and the application of such provision to all circumstances where its application is valid shall not be affected thereby and shall continue in full force and effect.  In addition, any determination that the application of any provision hereof to any person or under any circumstance is illegal and unenforceable shall not affect the legality, validity and enforceability of such provision as it may be applied to any other person or in any other circumstance.

5. **Modification to Guaranty**.  This Guaranty may not be amended, modified, discharged or terminated, nor may any of its term or provisions be waived, orally or in any manner other than by an agreement in writing.

6. **Waiver of Jury Trial**. THE UNDERSIGNED HEREBY WAIVE TRIAL BY JURY IN ANY PROCEEDING BASED UPON OR ARISING OUT OF THIS GUARANTY.

7. **Representations, Warranties and Covenants**.  Each Guarantor hereby makes the following representations, warranties and covenants which survive the execution and delivery of this Guaranty:

(a)      Each Guarantor has the power and/or legal right to own Guarantor's assets and to enter into and perform the provisions of this Guaranty.

(b)      This Guaranty is a legal, valid and binding obligation of each Guarantor, enforceable against each Guarantor in accordance with its terms, except as the enforceability thereof may be limited by the Guarantor's bankruptcy, insolvency or other similar laws of general application affecting the enforcement of creditor's rights or by general principles of equity limiting the availability of equitable remedies.

(c)      No approval of any governmental entity or any other person is required for the execution, delivery and performance by any Guarantor of this Guaranty.

(d)     There are no conditions precedent to the effectiveness of this Guaranty that have not been satisfied or waived.

(e)     The execution, delivery and performance of this Guaranty by each Guarantor does not contravene (1) any existing law or any legal order applicable to, or license or permit granted to Guarantor, (2) any agreement or instrument to which Guarantor is a party or to which it or any of Guarantor's assets is subject, or (3) if Guarantor is an entity, any provision of such Guarantor's certificate of incorporation, by-laws or organizational papers.

(f)     Each Guarantor (1) is not and will not as a result of the execution and delivery of this Guaranty be rendered insolvent, and (2) does not intend to incur, or believe it is incurring, obligations beyond each Guarantor's ability to pay.

8.     **Joint and Several.**  All of the obligations contained in this Guaranty shall be the joint and several obligations of each and every Guarantor.

9.     **Acknowledgement**.  EACH GUARANTOR HEREBY ACKNOWLEDGES AND AGREES THAT IT MAKES ALL OF THE WAIVERS, AGREEMENTS AND CONSENTS SET FORTH IN THIS GUARANTY KNOWINGLY, INTENTIONALLY, VOLUNTARILY, WITHOUT DURESS, AND ONLY AFTER EXTENSIVE CONSIDERATION OF THE RAMIFICATIONS OF SUCH WAIVERS WITH GUARANTOR'S COUNSEL.  EACH GUARANTOR ACKNOWLEDGES THAT IT HAS SUFFICIENT KNOWLEDGE AND EXPERIENCE TO BE CAPABLE OF EVALUATING THE RISKS OF THIS GUARANTY.  IF ANY OF THE WAIVERS HEREIN ARE DETERMINED TO BE UNENFORCEABLE UNDER APPLICABLE LAW, SUCH WAIVERS SHALL BE EFFECTIVE TO THE MAXIMUM EXTENT PERMITTED BY SUCH LAW.

**IN WITNESS WHEREOF**, the undersigned have executed this Guaranty, effective as of this 26 day of March , 2025 (the "**Effective Date**").

Mark Lajeunesse  .

and Micro Bio Tech LLC.

**By** Marc Lajeunesse **its** President/CEO